IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT LEE HINSON, JR.,

     Plaintiff,

v.                                  CASE NO. 3:15-cv-549-LC-GRJ

SECRETARY, DEPT. OF CORRECTIONS,


     Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report

and Recommendation dated October 17, 2018 (ECF No. 129). The parties have

been furnished a copy of the Report and Recommendation and have been afforded

an opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the objections

thereto, I have determined that the Report and Recommendation should be

adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.  The Petition, ECF No. 1, is **DENIED** and a Certificate of Appealability

is **DENIED.**

**DONE AND ORDERED** this 5th day of November, 2018.


      s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**